**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Mark LIVINGSTON, Defendant—
Appellant.**

No. 01–30198.

D.C. No. CR–00–05069–FDB.

United States Court of Appeals,
Ninth Circuit.

Submitted March 11, 2002.*

Decided March 20, 2002.

Before FARRIS, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM **

Mark Livingston appeals his conviction and sentence after his guilty plea to one count of conspiracy, one count of distribution of methamphetamine, and one count of attempted manufacture of methamphetamine (21 U.S.C. §§ 841(a) & 846). Livingston's counsel has filed a motion pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), stating that there are no arguable issues for review and seeking to withdraw as counsel of record. Our independent review of the record pursuant to *Penson v. Ohio,* 488

U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), reveals no arguable issues. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

